IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **EDGAR RIVERA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CABELA'S LLC**, a Delaware company,<br><br>*Defendant.* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## CLASS ACTION COMPLAINT

Plaintiff Edgar Rivera ("Plaintiff Rivera" or "Rivera") brings this Class Action Complaint and Demand for Jury Trial against Defendant Cabela's LLC ("Defendant" or "Cabela's") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing unsolicited text messages to phone numbers that are registered on the National Do Not Call registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Rivera, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1. Plaintiff Rivera is a resident of Lakewood, Colorado.

2. Defendant Cabela's is a Delaware registered company located in Sidney, Nebraska. Defendant Cabela's conducts business throughout this District and throughout the United States including in Colorado.

1

**JURISDICTION AND VENUE**

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant because the Defendant does business in this District.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the Defendant does business in this District and directed its wrongful conduct into this District where the Plaintiff resides.

**INTRODUCTION**

6. As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

2

10. According to online robocall tracking service "YouMail," 4.4 billion robocalls were placed in December 2024 alone, at a rate of 140.6 million per day. www.robocallindex.com (last visited January 5, 2025).

11. The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

13. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

14. Defendant Cabela's is an outdoor retail outlet that has stores located throughout the US, including in Colorado.[3]

15. Defendant Cabela's actively promotes its business by sending unsolicited text messages advertising its online store and retail outlets.

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://stores.cabelas.com/

16. Defendant Cabela's knowingly sends text messages to consumers, including individuals with new or recycled cell phone numbers, without obtaining their consent, as experienced by Plaintiff.

17. Defendant Cabela's has previously faced legal action for similar conduct, including in the case *Taylor v. Cabela's LLC* (N.D. Ga. Case: 1:2020cv05147), which alleged violations of the TCPA for sending text messages to a recycled cell phone number.

18. Despite this prior lawsuit, Defendant Cabela's continues to engage in illegal telemarketing practices by sending text messages to phone numbers registered on the Do Not Call (DNC) Registry, as evidenced by Plaintiff's experience.

19. Plaintiff Rivera files this case to hold Defendant accountable for its repeated violations of the TCPA and seeks injunctive relief to stop Defendant's unlawful practices, statutory damages for the affected Class members, and reimbursement of costs.

## PLAINTIFF RIVERA' ALLEGATIONS

20. Plaintiff Rivera is the sole owner and exclusive user of his cell phone number ending in 5938.

21. Plaintiff Rivera has owned his cell phone number since approximately April of 2023.

22. Plaintiff Rivera registered his cell phone number on the DNC on April 17, 2023.

23. Plaintiff Rivera uses his cell phone number for personal use only as one would use a landline telephone number in a home.

24. Plaintiff Rivera uses his cell phone number primarily to communicate with friends and family. It is also used to schedule personal appointments and for other household needs.

25. Plaintiff Rivera has never had his cell phone number associated with a business.

4

26. This phone number is not used in any business or marketing materials.

27. Plaintiff Rivera has never listed his cell phone number publicly as a business contact number.

28. As soon as Plaintiff Rivera acquired his cell phone number, he began receiving unsolicited text messages from Cabela's, all from the shortcode 247365.

29. 247365 is the cell phone number used by Cabela's:



[4]

30. Plaintiff Rivera received at least the following unsolicited text messages from Cabela's more than 31 days from the time he registered his cell phone number on the DNC:

| 5/19/23 1:58 PM | Cabela's: Save up to 30% on everything you need for outdoor family adventures!Shop Now:https://bl.cr/BgMFqIfDSTOP2end |

---

[4] https://www.cabelas.com/b/sms

5

| | |
|---|---|
| 5/25/23 12:11 PM | Cabela's: Time is running out to shop for great deals on camping, boating, hiking & more during the Go Outdoors Sale!Shop Now:https://bl.cr/zjn8hkWpSTOP2end |
| 5/26/23 1:13 PM | CABELA'S: THIS MEMORIAL DAY WE HONOR AND REMEMBER.CLICK HERE FOR NEW BENEFITS FOR THOSE ON THE FRONT LINES: https://bl.cr/p8KwQGnaSTOP2end |
| 6/2/23 12:17 PM | Cabela's: It all starts with Dad! Check out these great Father's Day deals & save up to 40%!Shop Now:https://bl.cr/93AAk1rISTOP2end |
| 6/5/23 11:34 AM | Cabela's: Save 10% on Special Father's Day Gift Cards!Some Restrictions Apply.Shop Now: https://bl.cr/ShKy2ItaSTOP2end |
| 6/14/23 12:32 PM | Cabela's: Dad deserves the best! Save up to 40% and celebrate Dad & the great outdoors!Shop our Father's Day Gift Guide:https://bl.cr/8zSt8eYrSTOP2end |
| 6/21/23 12:09 PM | Cabela's: Fire up your 4th with our Star-Spangled Summer Sale & save up to 35%!Shop Now:https://bl.cr/SHs3oN8JSTOP2end |
| 6/28/23 5:09 PM | Cabela's: Bring on the heat with a new grill from Cabela's!Shop Now:https://bl.cr/tHRZVB7FStop2end |
| 7/6/23 11:43 AM | Cabela's: Save up to 40% on all the gear you need for summer fun and your next adventure!Shop Now:https://bl.cr/Vr4ehqPtSTOP2end |
| 7/10/23 5:09 PM | Cabela's: Limited Time Offer! Save up to 50% with the Celebration Savings Event at Cabela's!Shop Now:https://bl.cr/Pduxvs13STOP2end |
| 7/17/23 12:23 PM | Cabela's: Limited time offer! Save 10% when you buy online & pick up in-store! Firearms, ammo & other restrictions apply.Learn More:https://bl.cr/zgN8q-Vf |
| 7/27/23 12:02 PM | Cabela's: Shop top grade gear from Cabela's with backpacks, clothing & more. Free shipping on orders $50+!Shop Now: https://bl.cr/zpycS1EsSTOP2END |
| 8/4/23 12:32 PM | Cabela's: Draw back & aim for savings up to 30% & check out what's new for 2023 during the Archery Gear Up Sale!Shop Now: https://bl.cr/RaTQOQauSTOP2end |
| 8/15/23 1:15 PM | Cabela's: FALL HUNTING CLASSIC IS HERE! Shop our biggest hunting sale of the year & save up to 40%!Save Now: https://zsms.io/I0Cxpt8STOP2end |
| 8/25/23 1:22 PM | Cabela's: Final days to save up to 40% during the Fall Hunting Classic Sale!Shop Now: https://zsms.io/tXrx95BSTOP2end |
| 9/1/23 1:32 PM | Cabela's: Limited time offer! Save 10% when you buy online & pick up in-store.Firearms, ammo & other restrictions apply.Shop Now: https://zsms.io/eGyUnHg |
| 9/5/23 10:53 AM | Cabela's: Gear up for the hunt at Cabela's & save up to 50% on what you need for your next adventure!Shop Now: https://zsms.io/yERqRM4STOP2end |
| 9/14/23 10:45 AM | Cabela's: Adventure into the Bargain Cave & find quality gear with new deals every day up to 50% off!Shop Now: https://zsms.io/SV3fPkbSTOP2end |
| 9/21/23 11:31 AM | Cabela's: Huntin' for deals? Save up to 40% on what you need to prep, spot & takedown what you're after this hunting season!Shop Now: https://zsms.io/bOPhBJ9 |
| 9/28/23 10:47 AM | Cabela's: Explore fall styles & save up to 25% on new styles with flannel for the family & more!Shop Now: https://zsms.io/pNsPnKvSTOP2end |
| 10/5/23 10:55 AM | Cabela's: Fall is here & it's time for new gear! Save up to 30% during the Great Outdoor Days Sale!Shop Now: https://zsms.io/F9jP6yySTOP2end |
| 10/9/23 1:21 PM | Cabela's: Save up to 50% during our 3 Days of Deals! Plus, free shipping on orders $50+!Shop Now: https://zsms.io/XL6z4hjSTOP2end |
| 10/19/23 11:24 AM | Cabela's: Shop your hunting & outdoor headquarters and save up to 25% during the Go Hunt Sale!Shop Now: https://zsms.io/Ebhh5j7STOP2end |
| 10/25/23 12:11 PM | Cabela's: Limited time offer! Save 10% when you buy online & pick up in-store.Firearms, ammo & other restrictions apply.Shop Now: https://zsms.io/FAmoEHF |
| 11/3/23 11:27 AM | Cabela's: Explore our Christmas Gift Guide with savings for the holidays! Find the perfect gift for everyone on your list.Shop Now: https://zsms.io/MWClE9j |
| 11/11/23 11:25 AM | Cabela's: Honoring those on the front lines with a 10% Legendary Salute Discount!Details here: https://zsms.io/dnN0VgtSTOP2end |
| 11/13/23 11:34 AM | Cabela's: Save 10% on Special Holiday Gift Cards! Limited time only!Exclusions apply.Shop Now: https://zsms.io/VfEZmlbSTOP2end |
| 11/20/23 9:05 AM | Cabela's: Black Friday week-long deals starts today! Big Savings up to 50% off all week long!Shop Now: https://zsms.io/W7Bm96uSTOP2end |

6

| | |
|---|---|
| 11/24/23 9:04 AM | Cabela's: Our best Black Friday deals start NOW! Save up to 50% off with our season's hottest deals!Shop Now: https://zsms.io/DZfrzCTSTOP2end |
| 11/26/23 12:02 PM | Cabela's: Last chance for Black Friday deals and hundreds of new deals just added in our Cyber Monday preview sale!Shop Now: https://zsms.io/oeE6t2HSTOP2end |
| 11/27/23 9:06 AM | Cabela's: Cyber Savings & CLUB Member Mondays are happening now! Save BIG and get free shipping on orders $50+!Shop Now: https://zsms.io/xVFWOJJSTOP2end |
| 11/30/23 9:05 AM | Cabela's: Cyber Week Sale ends TONIGHT! Last call for savings up to 50% off! You don't want to miss these deals!Shop Now: https://zsms.io/XmOlbAaSTOP2end |
| 12/7/23 11:28 AM | Cabela's: Here Comes Christmas! Save up to 40% off and give the gift of adventure!Shop Now: https://zsms.io/DfDYbs4STOP2end |
| 12/11/23 11:30 AM | Cabela's: Wrap up holiday shopping with CLUB Exclusive Special Financing for 12 months on in-store & online purchases of $500+!Details: https://zsms.io/Ecg1g4R |
| 12/15/23 10:40 AM | Cabela's: Shop last minute gifts from our Christmas Gift Guide! Orders over $50+ get free shipping in time for Christmas!Shop Now: https://zsms.io/PBsZr5e |
| 12/18/23 10:28 AM | Cabela's: Don't miss out on CLUB Member Mondays! Save 15% on almost everything online & in-store, even sale items!Learn How: https://zsms.io/gKh3UhO |
| 12/21/23 10:26 AM | Cabela's: Forget to check your list twice? Don't worry, Cabela's eGift Cards are delivered in time for Christmas!Shop Now: https://zsms.io/G2kGDBa |
| 12/26/23 10:35 AM | Cabela's: Huge savings during our annual Great Outdoors Clearance Event! Explore deals and redeem your gift cards now.Shop Now: https://zsms.io/IOhQkNp |
| 1/5/24 11:13 AM | Cabela's: Explore new deals & save up to 50% off in the Bargain Cave! Plus, free shipping on orders over $50!Shop Now: https://zsms.io/vhiR97fSTOP2end |
| 1/11/24 11:20 AM | Cabela's: Looking forward to adventure in 2024? Our end of season sale offers your outdoor favorites up to 50% off!Shop Now: https://zsms.io/u9w85VTSTOP2end |
| 1/18/24 11:15 AM | Cabela's: Let Cabela's outfit your late season hunt! You can still bag it with free shipping on orders $50+!Shop Now: https://zsms.io/gqOiArsSTOP2end |
| 1/25/24 11:14 AM | Cabela's: Gear up for fishing with the finest quality gear at guaranteed low prices!Shop Now: https://zsms.io/yakDs7FSTOP2end |
| 2/1/24 12:54 PM | Cabela's: Save up to 50% on clothing and footwear you need to beat the chill. New winter styles added today!Shop Now: https://zsms.io/0rzexoqSTOP2end |
| 2/8/24 11:16 AM | Cabela's: Outfit your boat with all the right technology and accessories from Cabela's & get on the water!Shop Now:https://zsms.io/aFqfC5CSTOP2end |
| 2/22/24 4:36 PM | Cabela's: Gear Up For The Range and save up to 35%! Plus, free shipping on orders $50+! Shop Now: https://zsms.io/cuyrqIP |
| 2/29/24 11:36 AM | Cabela's: Spring is here and so is CLUB Exclusive Special Financing for 12 months on in-store & online purchases of $500+!Learn More: https://zsms.io/NjusynQ |
| 3/7/24 11:48 AM | Cabela's: The greatest fishing sale on earth! Spring Fishing Classic Sale on NOW! Save up to 50% off.Shop Now: https://zsms.io/aeqZAs0Stop2end |
| 3/15/24 12:11 PM | Cabela's: Trade in your old rod & reel and save up to $100 on a new one!Find a Store: https://zsms.io/zeYFPoV |
| 3/21/24 11:45 AM | Cabela's: Final weekend! Catch huge savings at our Spring Fishing Classic before it's too late!Shop Now: https://zsms.io/spRn0U3Stop2end |
| 3/28/24 11:37 AM | Cabela's: Discover up to 50% off daily in the Bargain Cave! Amazing new deals await every day!Shop Now: https://zsms.io/FBoL37y |
| 4/4/24 11:17 AM | Cabela's: Spring turkey season is calling! Gear up with decoys, camo & more in the turkey hunting headquarters.Shop Now: https://zsms.io/SKK3hsx |
| 4/11/24 11:30 AM | Cabela's: Spring Adventure Sale on NOW! Save up to 30% on what you need for fishing, hiking, camping, and more! Shop Now: https://zsms.io/CqNRl0k |
| 4/18/24 11:28 AM | Cabela's: Discover the latest outdoor gear and apparel! Check out new arrivals for your next adventure. Shop Now: https://zsms.io/AIYx2M3Stop2end |
| 4/25/24 11:30 AM | Cabela's: Explore our Mother's Day Gift Guide & shop perfect gifts for all the women in your life.Shop Now: https://zsms.io/4fuOBpw |
| 5/1/24 11:38 AM | Cabela's: Last Day of the Spring Adventure Sale! Save up to 30% on what you need for fishing, hiking, camping and more!Shop Now: https://zsms.io/nEV3gSA |

7

| | |
|---|---|
| 5/9/24 11:14 AM | Cabela's: Start your summer adventure with the Go Outdoors Sale! Save up to 30% on outdoor gear. Shop Now: https://zsms.io/Sxw0CM4Stop2end |
| 5/16/24 11:42 AM | Cabela's: Be ready for your next adventure with up to 30% off during the Go Outdoors Sale. Shop Now: https://zsms.io/aX1K2sI |
| 5/27/24 9:05 AM | Cabela's: This Memorial Day we honor and remember. Thank you to the brave men and women who have made the ultimate sacrifice.https://zsms.io/6qYQ0XQ |
| 5/30/24 11:24 AM | Cabela's: Say THANKS DAD with savings up to 40% on the perfect gift from the Father's Day gift guide!https://zsms.io/CdRC74A |
| 6/6/24 11:39 AM | Cabela's: Hurry! Get up to 40% off for Father's Day online or in-store! Treat Dad to some cool gifts for cool dads.https://zsms.io/4IsJsCL |
| 6/13/24 11:36 AM | Cabela's: Say THANKS DAD! Get 10% off special Father's Day Gift Cards and celebrate dad in the great outdoors.https://zsms.io/d3XjXOJStop2END |
| 6/20/24 11:18 AM | Cabela's: Celebrate the red, white, and blue with savings up to 30% off during the Star-Spangled Summer Sale. Shop Now: https://zsms.io/ksYpN13 |
| 6/27/24 11:36 AM | Cabela's: The trusted source for fishing gear. Find the best selection for your perfect catch!Shop Now: https://zsms.io/izLadYm |
| 7/4/24 9:27 AM | Cabela's: Happy Independence Day! Celebrate the 4th of July at Cabela's.Find your store: https://zsms.io/fRvZI9c |
| 7/10/24 11:11 AM | Cabela's: Last day for the Summer Cyber Sale! Save up to 50% off while supplies last!Shop Now: https://zsms.io/n9C3CUlStop2END |
| 7/17/24 9:29 AM | Cabela's: Hot Buys Alert! Limited-time deals up to 50% off you can't miss. Shop today before they're gone tomorrow!https://zsms.io/DuCnrJB |
| 7/25/24 11:37 AM | Cabela's: Gear up for your back to school adventure with great deals on clothing, backpacks, drinkware and more!Shop Now: https://zsms.io/Fj4Tert |
| 8/1/24 11:32 AM | Cabela's: Dive into the Bargain Cave for amazing deals and enjoy free shipping on orders $50+!  Shop Now: https://zsms.io/WsGXLKQ |
| 8/8/24 11:34 AM | Cabela's: Fall Hunting Classic is finally here! Save up to 50% during the biggest hunting sale of the year! Shop Now: https://zsms.io/FQEYeB3 |
| 8/15/24 11:19 AM | Cabela's: New Season, New Gear! Our latest fall hunting gear for you to explore and prepare for the hunt ahead. Shop Now: https://zsms.io/Jp39UVj |
| 8/22/24 11:43 AM | Cabela's: The Fall Hunting Classic ends SOON! Act now and save up to 50% off hunting gear while supplies last. Shop Now: https://zsms.io/GPYqRb8Stop2END |
| 8/29/24 11:40 AM | Cabela's: Save up to 50% off with Labor Day Savings! Shop top brands on outdoor gear, clothing and more. Shop Now: https://zsms.io/jUhkvtH |
| 9/5/24 11:28 AM | Cabela's: The Gear Up Sale features deals on top-quality outdoor gear for hunting, fishing, and camping.Shop Now:https://zsms.io/4zsoXiU |
| 9/12/24 11:39 AM | Cabela's: Unlock up to 50% off in our Bargain Cave and see rock bottom deals and items that won't last long.Shop Now: https://zsms.io/l1HIJBi |

31. Plaintiff Rivera has never done business with Cabela's or consented to be contacted by them.

32. The unauthorized solicitation text messages that Plaintiff received from or on behalf of Defendant have harmed Plaintiff Rivera in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone.

8

33. Seeking redress for these injuries, Plaintiff Rivera, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

34. Plaintiff Rivera brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Do Not Call Registry Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant Cabela's texted more than one time, (2) within any 12-month period, (3) where the person's residential telephone number had been listed on the National Do Not Call Registry for at least thirty days, (4) for substantially the same reason Defendant texted Plaintiff, (5) despite the person not having provided their telephone number to Defendant to sign up for text alerts.

35. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Rivera anticipates the need to amend the Class definition following appropriate discovery.

36. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

37. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any

9

questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

    (a)    whether Defendant Cabela's placed multiple text messages within a 12-month period to Plaintiff and other consumers with reassigned telephone numbers registered with the DNC for at least 30 days of the time of each text message;

    (b)    whether the text messages constitute a violation of the TCPA;

    (c)    whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

38.    **Adequate Representation**: Plaintiff Rivera will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Rivera has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Rivera and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Rivera nor his counsel have any interest adverse to the Class.

39.    **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Rivera. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it

would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Rivera and the Do Not Call Registry Class)**

40. Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

41. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

42. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

43. Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Rivera and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

44. Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Rivera and the Do Not

11

Call Registry Class received more than one text message in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

45. As a result of Defendant's conduct as alleged herein, Plaintiff Rivera and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

46. To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of money damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all unsolicited texting activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Rivera requests a jury trial.

**EDGAR RIVERA**, individually and on behalf of all others similarly situated,

DATED this 28th day of January, 2025.

By: */s/ Stefan Coleman*

Stefan Coleman
Coleman PLLC
18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
law@stefancoleman.com
Telephone: (877) 333-9427

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Lead counsel*

*Attorneys for Plaintiff and the putative Class*